# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC,<br><br>  Petitioner,<br><br>v.<br><br>LAWRENCE ERWIN FAISON and MICHELLE R. FAISON,<br><br>  Respondents. | Case No.: 2:21-cv-00107-APG-NJK<br><br>**Order Denying Motion for Entry of Clerk's Default**<br><br>[ECF No. 10] |

Petitioner Diamond Resorts moves for entry of clerk's default, contending the respondents were served by "substitute service." ECF No. 10 at 1. The Affidavits of Service say that the summonses were to be served on the respondents at 146 West Avenue, Elkins Park, PA. ECF Nos. 8, 9. The affidavits state that the summonses were served on "Craig 'Doe,'" who apparently is a "co-occupant." *Id.* But neither the affidavits nor Diamond Resorts' motion states where service was made, and whether that location is the respondents' "dwelling or usual place of abode." Fed. R. Civ. P. 4(e)(2)(B). Thus, I cannot determine whether the respondents were properly served, which is a prerequisite for entry of default.

I THEREFORE ORDER that Diamond Resorts' motion for entry of default **(ECF No. 10) is denied.**

DATED this 29th day of March, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE