# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC,<br><br>　　　Petitioner<br><br>v.<br><br>LAWRENCE ERWIN FAISON and MICHELLE R. FAISON,<br><br>　　　Respondents | Case No.: 2:21-cv-00107-APG-NJK<br><br>**Order** |

　　　The clerk of court entered defaults for respondents Lawrence Faison and Michelle Faison on June 11, 2021. Since then, the petitioner has taken no action in this matter. The petitioner should move for default judgment or take some other action regarding its petition by September 3, 2021, so this case does not languish.

　　　DATED this 6th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE