UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC,<br><br>    Petitioner<br><br>v.<br><br>LAWRENCE ERWIN FAISON and MICHELLE R. FAISON,<br><br>    Respondents | Case No.: 2:21-cv-00107-APG-NJK<br><br>**ORDER GRANTING (1) MOTION FOR DEFAULT JUDGMENT AND (2) PETITION TO CONFIRM ARBITRATION AWARD**<br><br>[ECF Nos. 1, 20] |

    Plaintiff Diamond Resorts U.S. Collection Development, LLC moves for default judgment on its petition to confirm arbitration award. Default has been entered against defendants Lawrence Erwin Faison and Michelle R. Faison. ECF No. 16. Diamond's motion satisfies the factors set forth in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986). I thus find good cause to grant the motion.

    I HEREBY ORDER that Diamond's petition to confirm arbitration award **(ECF No. 1)** and its motion for default judgment **(ECF No. 20) are granted**. The clerk of the court is directed to enter judgment in favor of plaintiff Diamond Resorts U.S. Collection Development, LLC and against defendants Lawrence Erwin Faison and Michelle R. Faison in the amount of **$122,401.15** (comprised of $105,549.86 damages and $16,851.29 accrued interest).

    I FURTHER ORDER that post-judgment interest shall accrue on the judgment from the date of entry until paid in full, as authorized under 28 U.S.C. § 1961.

    DATED this 3rd day of September, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE