AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DIAMOND RESORTS U.S.
COLLECTION DEVELOPMENT, LLC,
Petitioner,

v.

LAWRENCE ERWIN FAISON and
MICHELLE R. FAISON,

Respondents.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-00107-APG-NJK

---

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment in favor of Diamond Resorts U.S. Collection Development, LLC and against Lawrence Erwin Faison and Michelle R. Faison in the amount of $122,401.15 (comprised of $105,549.86 damages and $16,851.29 accrued interest). IT IS FURTHER ORDERED that post-judgment interest shall accrue on the judgment from the date of entry until paid in full, as authorized under 28 U.S.C. § 1961.

9/7/2021
Date

DEBRA K. KEMPI
Clerk

Y.A. Williams
Deputy Clerk